**Jane DOE, Plaintiff and Appellant,**

v.

**Shirlene HAFEN, as personal representative ad litem of the Estate of Melvin Reeves, Defendant and Respondent.**

**Jane DOE, Plaintiff and Appellant,**

v.

**Shirlene HAFEN, as personal representative ad litem of the Estate of Melvin Reeves, Defendant and Respondent.**

Nos. 870310–CA, 870514–CA.

Court of Appeals of Utah.

Feb. 16, 1990.

Prior report: 772 P.2d 456.
Rehearing denied.